# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:19 MJ 9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| DALE LEROY HEEMAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on the Government's Motion to Dismiss (Doc. 12). The parties have consented to the jurisdiction of the undersigned.

For the reasons stated in the Government's Motion, the Motion is **GRANTED**, and the Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

Signed: April 24, 2019

W. Carleton Metcalf
United States Magistrate Judge